UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                                                    Chapter 7

YONG W. BU
*aka* YONG WON BU,                                                          Case No. 18-41282 (ESS)

                                                Debtor.
-------------------------------------------------------------------X

~~[PROPOSED]~~
**ORDER, PURSUANT TO 11 U.S.C. § 362(d),
GRANTING NEWBANK RELIEF FROM THE AUTOMATIC STAY**

Upon the motion (the "**Motion**") dated April 16, 2018, of NewBank ("**NewBank**"), pursuant to section 362(d)(1) and (d)(2) of the United States Code (the "**Bankruptcy Code**"), for entry of an order granting relief from the automatic stay with respect to the property located at 40-04 Westmoreland Street, Little Neck, NY 11363 (the "**Property**"), as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been made on all necessary parties; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceeding had before the Court and after due deliberation and sufficient cause appearing therefor; it is

~~**ORDERED** that the Motion is granted as provided herein; and it is further~~

**ORDERED** that the automatic stay in effect pursuant to section 362(a) of the Bankruptcy Code, is hereby ~~terminated~~ *__modified__*, pursuant to section 362(d)(1) and (d)(2) of the Bankruptcy Code, (i) for "cause" due to lack of adequate protection of NewBank's interest in the Property, and

(ii) due to the Debtor's lack of equity in the Property and the Property not being necessary for an ***effective*** reorganization, as to NewBank, its agents, assigns or successors in interest, so that NewBank, its agents, assigns or successors in interest, may ~~take any and all action~~ ***pursue its rights*** under applicable ~~state~~ law ~~to exercise its remedies against~~ ***with respect to*** the Property; and it is further

**ORDERED** that, to the extent that ~~NewBank's~~ ***a*** foreclosure of the Property generates a surplus, NewBank shall provide notice of any surplus monies realized from the sale of the Property to the Debtor's Chapter 7 Trustee, Lori Lapin Jones, Esq., Lori Lapin Jones PLLC, 98 Cutter Mill Road, Suite 201 North, Great Neck, New York 11021.



**Dated: Brooklyn, New York**
**May 31, 2018**

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**